1 | John Turri, Bar No: 181994    (707) 462-6117
2 | INSURANCE LITIGATORS AND COUNSELORS
  | 445 N STATE ST
3 | UKIAH, CA 95482-4421
4 | Representing: Plaintiff    File No.none

FILED
08 FEB 26 PM 3: 34
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court

Northern District of California

12 | Manning
13 |
14 |           Plaintiff/Petitioner
15 |                vs
16 | Allstate Insurance Company
17 |
18 |           Defendant/Respondent

Case No: CV080238  JL

Proof of Service of:
Complaint, Summons, Civil Case Cover Sheet,
Order Setting Initial Case Management conference

Service on:
Allstate Insurance Company

Hearing Date:
Hearing Time:
Div/Dept:

BY FAX

PROOF OF SERVICE

FF# 6657448

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> John Turri, 181994 <br> INSURANCE LITIGATORS AND COUNSELORS <br> 445 N STATE ST <br> UKIAH, CA 95482-4421 <br> TELEPHONE NO.: (707) 462-6117 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Manning <br> DEFENDANT/RESPONDENT: Allstate Insurance Company | CASE NUMBER: <br> CV080238 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: <br> none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Complaint, Summons, Civil Case Cover Sheet, Order Setting Initial Case Management conference

3. a. Party served: Allstate Insurance Company

   b. Person Served: CT Corporation - Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 2/25/2008     (2) at (time): 2:45 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Allstate Insurance Company

   under:     CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:          Jimmy Lizama
   b. Address:       One Legal - 194-Marin
                     504 Redwood Blvd #223
                     Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $14.95
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.: 4553
          (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 2/26/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                     (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6657448