JOSEPH JOHN TURRI (SBN: 181994)
INSURANCE LITIGATORS & COUNSELORS
445 North State Street
Ukiah, California 95482
Telephone: (707) 462-6117
Facsimile: (707) 468-5302

Attorney for Plaintiff
 BRIAN MANNING

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN MANNING,<br><br>                  Plaintiff,<br><br>        vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1-30, Inclusive,<br><br>                  Defendants. | **E-FILED**<br>Unlimited<br>Case No.  C 08-00238  JL<br><br>DECLARATION OF JOSEPH JOHN TURRI IN SUPPORT OF EX PARTE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date: March 19, 2008<br>Time: 9:30 a.m.<br>Ctrm: 15 |

   I, JOSEPH JOHN TURRI, declare:

   1.  I am an attorney at law licensed to practice before all the courts in the State of California and I am the attorney of record for the plaintiff BRIAN MANNING.

   2.  I have had scheduled and prepaid for a family/reunion vacation (out of state in Hawaii) from April 14, 2008, through and including April 24, 2008.  Therefore, I will not be available for the Case Management Conference scheduled for April 23, 2008, (absent leaving the

1. facility early and purchasing an additional plane ticket) and respectfully request the court to reschedule said Case Management Conference to a time convenient to the court.

3. This application is being made ex parte as the parties have been served but have not appeared, and I do not know who the opposing counsel in this matter will be.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 12, 2008, at Ukiah, California.

         *Joseph John Turri*
         JOSEPH JOHN TURRI
         Attorney for Plaintiff