```
 1  JOSEPH JOHN TURRI (SBN: 181994)
    INSURANCE LITIGATORS & COUNSELORS
 2  445 North State Street
    Ukiah, California 95482
 3  Telephone: (707) 462-6117
    Facsimile: (707) 468-5302
 4
    Attorney for Plaintiff
 5    BRIAN MANNING
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BRIAN MANNING, | ) | **E-FILED** |
| | ) | Unlimited |
| Plaintiff, | ) | Case No. C 08-00238 JL |
| | ) | |
| vs. | ) | [Proposed Order] |
| | ) | ORDER RESCHEDULING CASE |
| ALLSTATE INSURANCE | ) | MANAGEMENT CONFERENCE |
| COMPANY, and DOES 1-30, | ) | |
| Inclusive, | ) | |
| | ) | Date: March 19, 2008 |
| Defendants. | ) | Time: 9:30 a.m. |
| _____ | ) | Ctrm: 15 |

   Upon reading the ex parte motion and declaration of Joseph John Turri in support of said motion for an order for rescheduling the Case Management Conference, filed by plaintiff's counsel;

   IT IS HEREBY ORDERED that the Case Management Conference in this matter is rescheduled to be held on _____ at _____ in Courtroom _____, _____ Floor, in San Francisco.

   Dated: March ___, 2008.        _____
                                  HONORABLE JAMES LARSON

ORDER RESCHEDULING CASE MANAGEMENT

1