MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
NORMAN LAU (State Bar No. 253690)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 North California Blvd., Suite 800
Walnut Creek, CA 94596-7342
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610
Email:     mbarnes@sonnenschein.com
           smartin@sonnenschein.com
           nlau@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| BRIAN MANNING, | No. 3:08-cv-00238-JL |
|---|---|
| Plaintiff, | NOTICE OF DECLINATION OF CONSENT TO JURISDICTION OF MAGISTRATE JUDGE |
| vs. | |
| ALLSTATE INSURANCE COMPANY, and DOES 1-30, Inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE that defendant Allstate Insurance Company respectfully declines to submit to the jurisdiction of a Magistrate Judge, and requests that this action be reassigned to a District Judge.

Respectfully submitted,

Dated: March 12, 2008                SONNENSCHEIN NATH & ROSENTHAL LLP


By:       /s/
         SONIA MARTIN

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

7292553v1

-1-
CASE NO. 3:08-CV-00238-JL                NOTICE OF DECLINATION OF MAGISTRATE JUDGE