United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MANNING, | |
|     Plaintiff, | No. C 08-00238 JSW |
| v. | |
| ALLSTATE INSURANCE COMPANY, and DOES 1-30, | **ORDER SETTING BRIEFING SCHEDULE** |
|     Defendants. | |

    This matter is set for a hearing on May 9, 2008 on the motion to dismiss filed by defendant Allstate Insurance Company. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than April 2, 2008 and a reply brief shall be filed by no later than April 9, 2008.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: March 19, 2008

                                         JEFFREY S. WHITE
                                         UNITED STATES DISTRICT JUDGE