JOSEPH JOHN TURRI (SBN: 181994)
INSURANCE LITIGATORS & COUNSELORS
445 North State Street
Ukiah, California 95482
Telephone: (707) 462-6117
Facsimile: (707) 468-5302

Attorney for Plaintiff
  BRIAN MANNING

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRIAN MANNING, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALLSTATE INSURANCE ) <br> COMPANY, and DOES 1-30, ) <br> Inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | Unlimited  **E-FILED** <br> Case No.  C 08-00238  JSW <br><br> STIPULATION TO CONTINUE CASE <br> MANAGEMENT CONFERENCE <br> AND ORDER THEREON |

　　　IT IS HEREBY STIPULATED between the parties that the Case Management Conference scheduled for April 18, 2008, may be continued until after April 25, 2008, to a date to be set by the court.

　　　Dated: March  20, 2008.　　　　　/s/ _Joseph John Turri_____
　　　　　　　　　　　　　　　　　　JOSEPH JOHN TURRI
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　Dated: March  20, 2008.　　　　　/s/ _Sonia Martin_____
　　　　　　　　　　　　　　　　　　SONIA MARTIN
　　　　　　　　　　　　　　　　　　Attorney for Defendant

ORDER

    Pursuant to the above stipulation;

    IT IS HEREBY ORDERED that the Case Management Conference in this matter is rescheduled to be held on _____ at _____ in Courtroom _____, _____ Floor, in San Francisco.

    _____
    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE BY MAIL**

I, the undersigned, say:

I am and was at the time of the within described mailing, over 18 years of age and employed in the County of Mendocino, State of California, in which the within referred mailing occurred. I am not a party to the cause or matter mentioned in the attached document. My business address is 445 N. State Street, Ukiah, CA 95482. On March 20, 2008, I served the attached STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON by placing a copy thereof in an envelope or a copy of each in separate envelopes if more than one addressee is hereafter named, addressed to each addressee as follows:

> Sonia Martin, Esq.
> Sonnenschein Nath & Rosenthal
> 2121 North California Blvd., Suite 800
> Walnut Creek, CA 94596

Each envelope so addressed and containing such copy was then sealed and postage thereon full prepaid, and thereafter on the date and at the place this declaration was executed, shown below, deposited by me in the mail reception facility regulatory maintained by the United States Postal Service.

I declare under penalty of perjury under the laws of the State of California that he foregoing is true and correct.

Executed on March 20, 2008, at Ukiah, California.

> /s/   *Mary F. Morris*   .
> MARY F. MORRIS