JOSEPH JOHN TURRI (SBN: 181994)
INSURANCE LITIGATORS & COUNSELORS
445 North State Street
Ukiah, California 95482
Telephone: (707) 462-6117
Facsimile: (707) 468-5302

Attorney for Plaintiff
  BRIAN MANNING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN MANNING, ) | **E-FILED** |
| ) | Unlimited |
| Plaintiff, ) | Case No. C 08-00238 JSW |
| ) | |
| vs. ) | DECLARATION OF JOSEPH JOHN TURRI |
| ) | IN SUPPORT OF REQUEST |
| ALLSTATE INSURANCE ) | TO CONTINUE CASE MANAGEMENT |
| COMPANY, and DOES 1-30, ) | CONFERENCE |
| Inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

I, JOSEPH JOHN TURRI, declare:

1. I am an attorney at law licensed to practice before all the courts in the State of California and I am the attorney of record for the plaintiff BRIAN MANNING.

2. I have had scheduled and prepaid for a family/reunion vacation (out of state in Hawaii) from April 14, 2008, through and including April 24, 2008. Therefore, I will not be available for the Case Management Conference scheduled for April 18, 2008, (absent leaving the

facility early and purchasing an additional plane ticket) and respectfully request the court to reschedule said Case Management Conference to a time convenient to the court.

    3. I have contacted defendant's counsel and they are not opposed to said continuance as evidenced by the stipulation filed herein.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 20, 2008, at Ukiah, California.

                    *Joseph John Turri*
                      JOSEPH JOHN TURRI
                      Attorney for Plaintiff

**PROOF OF SERVICE BY MAIL**

I, the undersigned, say:

I am and was at the time of the within described mailing, over 18 years of age and employed in the County of Mendocino, State of California, in which the within referred mailing occurred. I am not a party to the cause or matter mentioned in the attached document. My business address is 445 N. State Street, Ukiah, CA 95482. On March 20, 2008, I served the attached DECLARATION OF JOSEPH JOHN TURRI IN SUPPORT OF REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE by placing a copy thereof in an envelope or a copy of each in separate envelopes if more than one addressee is hereafter named, addressed to each addressee as follows:

    Sonia Martin, Esq.
    Sonnenschein Nath & Rosenthal
    2121 North California Blvd., Suite 800
    Walnut Creek, CA 94596

Each envelope so addressed and containing such copy was then sealed and postage thereon full prepaid, and thereafter on the date and at the place this declaration was executed, shown below, deposited by me in the mail reception facility regulatory maintained by the United States Postal Service.

I declare under penalty of perjury under the laws of the State of California that he foregoing is true and correct.

Executed on March 20, 2008, at Ukiah, California.

          /s/   *Mary F. Morris*          .
          MARY F. MORRIS