```
JOSEPH JOHN TURRI (SBN: 181994)
INSURANCE LITIGATORS & COUNSELORS
445 North State Street
Ukiah, California 95482
Telephone: (707) 462-6117
Facsimile: (707) 468-5302

Attorney for Plaintiff
  BRIAN MANNING
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN MANNING, ) | |
| ) | Unlimited    **E-FILED** |
| Plaintiff, ) | Case No.  C 08-00238  JSW |
| ) | |
| vs. ) | |
| ) | STIPULATION TO CONTINUE CASE |
| ALLSTATE INSURANCE ) | MANAGEMENT CONFERENCE |
| COMPANY, and DOES 1-30, ) | AND ORDER THEREON |
| Inclusive, ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED between the parties that the Case Management Conference scheduled for April 18, 2008, may be continued until after April 25, 2008, to a date to be set by the court.

Dated: March  20, 2008.            /s/ **Joseph John Turri**
                                             JOSEPH JOHN TURRI
                                             Attorney for Plaintiff

Dated: March  20, 2008.            /s/ **Sonia Martin**
                                             SONIA MARTIN
                                             Attorney for Defendant

---

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON

1

ORDER

Pursuant to the above stipulation;

IT IS HEREBY ORDERED that the Case Management Conference in this matter is rescheduled to be held on __May 9, 2008__ at _9:00 a.m._ in Courtroom _2_, _17th_ Floor, in San Francisco, to be heard following the hearing on the pending motion to dismiss.

Dated:  April 21, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE