```
JOSEPH JOHN TURRI (SBN: 181994)
INSURANCE LITIGATORS & COUNSELORS
445 North State Street
Ukiah, California 95482
Telephone:  (707) 462-6117
Facsimile:   (707) 468-5302

Attorney for Plaintiff
  BRIAN MANNING
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN MANNING,<br><br>         Plaintiff,<br><br>    vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1-30, Inclusive,<br><br>         Defendants. | **E-FILED**<br>Unlimited<br>Case No. C 08-00238  JSW<br><br>STIPULATION ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND ORDER THEREON |

The parties herein allow and stipulate that plaintiff may file a First Amended Complaint no later than April 15, 2008, for breach of contract claims only and that plaintiff's second cause of action is to be dismissed with prejudice. Additionally, the parties stipulate that the motion to be heard on May 9, 2008, is removed from the calendar.

Dated:  April 1, 2008.                          /s/ Sonia Martin
                                                SONIA MARTIN
                                                Attorney for Defendant

Stipulation Allowing Plaintiff to File First Amended Complaint and Dismissal
Of Plaintiff's Second Cause of Action and Striking Plaintiff's Claim for Attorney's Fees,
Interest, Emotional Distress, Damages, and Punitive Damages
1

Dated: April 1, 2008                    /s/ Joseph John Turri_____
                                        JOSEPH JOHN TURRI
                                        Attorney for Plaintiff

### **ORDER**

Pursuant to the stipulation of the parties, it is hereby ordered.

Dated:  April ___, 2008.

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Stipulation Allowing Plaintiff to File First Amended Complaint and Dismissal
Of Plaintiff's Second Cause of Action and Striking Plaintiff's Claim for Attorney's Fees,
Interest, Emotional Distress, Damages, and Punitive Damages
2

## PROOF OF SERVICE BY MAIL

I, the undersigned, say:

I am and was at the time of the within described mailing, over 18 years of age and employed in the County of Mendocino, State of California, in which the within referred mailing occurred. I am not a party to the cause or matter mentioned in the attached document.

My business address is 445 N. State Street, Ukiah, CA 95482. On April 1, 2008, I served the attached **STIPULATION ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND ORDER THEREON** by placing a copy thereof in an envelope or a copy of each in separate envelopes if more than one addressee is hereafter named, addressed to each addressee respectively at his or her office address, as follows:

**Sonia Martin, Esq.**
**Sonnenschein Nath & Rosenthal LLP**
**2121 North California Blvd., Suite 800**
**Walnut Creek, CA 94596**

Each envelope so addressed and containing such copy was then sealed and postage thereon full prepaid, and thereafter on the date and at the place this declaration was executed, shown below, deposited by me in the mail reception facility regulatory maintained by the United States Postal Service.

I declare under penalty of perjury under the laws of the State of California that he foregoing is true and correct.

Executed on April 1, 2008, at Ukiah, California.

                                                           _/s/ Mary F. Morris_
                                                           MARY F. MORRIS

Stipulation Allowing Plaintiff to File First Amended Complaint and Dismissal
Of Plaintiff's Second Cause of Action and Striking Plaintiff's Claim for Attorney's Fees,
Interest, Emotional Distress, Damages, and Punitive Damages
3

Stipulation Allowing Plaintiff to File First Amended Complaint and Dismissal
Of Plaintiff's Second Cause of Action and Striking Plaintiff's Claim for Attorney's Fees,
Interest, Emotional Distress, Damages, and Punitive Damages

4