JOSEPH JOHN TURRI (SBN: 181994)
INSURANCE LITIGATORS & COUNSELORS
445 North State Street
Ukiah, California 95482
Telephone: (707) 462-6117
Facsimile: (707) 468-5302

Attorney for Plaintiff
  BRIAN MANNING

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN MANNING, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALLSTATE INSURANCE ) <br> COMPANY, and DOES 1-30, ) <br> Inclusive, ) <br> ) <br> Defendants. ) <br> _____) | **E-FILED** <br> Unlimited <br> Case No. C 08-00238  JSW <br> <br> STIPULATION ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND ORDER THEREON |

The parties herein allow and stipulate that plaintiff may file a First Amended Complaint no later than April 15, 2008, for breach of contract claims only and that plaintiff's second cause of action is to be dismissed with prejudice. Additionally, the parties stipulate that the motion to be heard on May 9, 2008, is removed from the calendar.

Dated:  April 1, 2008.                          /s/  Sonia Martin
                                                SONIA MARTIN
                                                Attorney for Defendant

Stipulation Allowing Plaintiff to File First Amended Complaint and Dismissal
Of Plaintiff's Second Cause of Action and Striking Plaintiff's Claim for Attorney's Fees,
Interest, Emotional Distress, Damages, and Punitive Damages
1

Dated: April 1, 2008              /s/  Joseph John Turri
                                                     JOSEPH JOHN TURRI
                                                     Attorney for Plaintiff

### **ORDER**

Pursuant to the stipulation of the parties, it is hereby ordered.

Dated:  April  2 , 2008.

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Stipulation Allowing Plaintiff to File First Amended Complaint and Dismissal
Of Plaintiff's Second Cause of Action and Striking Plaintiff's Claim for Attorney's Fees,
Interest, Emotional Distress, Damages, and Punitive Damages
2