UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BRIAN MANNING

                Plaintiff(s),

v.

ALLSTATE INSURANCE COMPANY,
and Does 1-30, Inclusive
                Defendant(s).
_____/

Case No. 3:08-cv-00238-JSW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated: May 1, 2008                                              Allstate Insurance Company
                                                                                                  [Party]

Dated: May 1, 2008                                              Sonia Martin
                                                                                 [Counsel]