MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
NORMAN LAU (State Bar No. 253690)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 North California Blvd., Suite 800
Walnut Creek, CA 94596-7342
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email: mbarnes@sonnenschein.com
smartin@sonnenschein.com
nlau@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN MANNING,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and Does 1-30, Inclusive,<br><br>　　　　Defendants. | No. 3:08-cv-00238-JSW<br><br>CORPORATE DISCLOSURE STATEMENT OF ALLSTATE INSURANCE COMPANY |

COMES NOW THE DEFENDANT, ALLSTATE INSURANCE COMPANY (hereinafter referred to as "Allstate"), appearing herein in its "fiduciary"[1] capacity, as the "fiscal agent" of the United States"[2] and at the expense of the U.S. Treasury,[3] as a Write Your Own (WYO) Carrier participating in the National Flood Insurance Program (NFIP) pursuant to the National Flood Insurance Act of 1968, as amended (NFIA) (see 42 U.S.C. 4001, *et. seq.*), in compliance

---

[1] 44 C.F.R. § 62.23(f)

[2] 42 U.S.C. §4071(a)(1); *Gowland v. Aetna*, 143 F.3d 951, 953 (5th Cir. 1998)

[3] 42 U.S.C. §4017(d)(1); *Van Holt v. Liberty Mutual Insurance Co.,* 163 F.3d 161 (3rd Cir. 1998) (on panel rehearing).

with the Federal Rules of Civil Procedure Rule 7.1, files this corporate disclosure statement to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, and the undersigned counsel for Allstate certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

    Allstate Insurance Company is a wholly-owned subsidiary of The Allstate Corporation, which is a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

Dated: May 1, 2008                      SONNENSCHEIN NATH & ROSENTHAL LLP


By_____/s/_____
                SONIA MARTIN

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

27296732