# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**     **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: May 9, 2008     **Court Reporter**: Debbie Pas

**CASE NO. C-08-238 JSW**

**TITLE:** Brian Manning v. Allstate Insurance Company

**COUNSEL FOR PLAINTIFF:**     **COUNSEL FOR DEFENDANT:**

Joseph Turri     Jeffrey Butler

**PROCEEDINGS:** Initial Case Management Conference

**RESULTS:** Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by May 16, 2008.

  **Close of fact discovery: 12-24-08**

  **Joint Supplemental CMC statement due: 1-9-09**

  **Further CMC: 1-16-09 at 1:30 p.m.**

  **Close of Expert discovery: 1-23-09**

  **Filing of dispositive motions: 2-6-09**

  **Hearing on dispositive motions (if any): 3-13-09 at 9:00 a.m.**

  **Pretrial conference statements: 5-11-09  (follow Judge White's standing order)**

  **Pretrial Conference: 5-26-09 at 2:00 p.m.**

  **Jury Trial: 6-15-09 at 8:30 a.m.  (4 - 5 days)**