1  JOSEPH JOHN TURRI (State Bar No. 181994)
   INSURANCE LITIGATORS & COUNSELORS
2  445 North State Street
   Ukiah, CA  95482
3  Telephone:  (707) 462-6117
   Facsimile:  (707) 468-5302
4  Email:        insterminator@aol.com

5  Attorneys for Plaintiff
   BRIAN MANNING
6

7  MICHAEL BARNES (State Bar No. 121314)
   SONIA MARTIN (State Bar No. 191148)
8  NORMAN LAU (State Bar No. 253690)
   SONNENSCHEIN NATH & ROSENTHAL LLP
9  2121 North California Blvd., Suite 800
   Walnut Creek, CA  94596-7342
10 Telephone: (925) 949-2600
   Facsimile:  (925) 949-2610
11 Email:        mbarnes@sonnenschein.com
                 smartin@sonnenschein.com
12               nlau@sonnenschein.com

13 Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY
14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17               SAN FRANCISCO DIVISION

18  BRIAN MANNING,                No.  3:08-cv-00238-JSW

19          Plaintiff,
                                  STIPULATION RE REFERRAL TO
20      vs.                       MAGISTRATE EDWARD M. CHEN

21  ALLSTATE INSURANCE COMPANY,
    and DOES 1-30, Inclusive,
22
            Defendants.
23

24       The parties, by and through their respective counsel of record, hereby stipulate and agree

25 as follows and respectfully request that the Court approve and give effect to their stipulation:

26       WHEREAS, at the May 9, 2008 Case Management Conference, the Court invited the

27 parties to consider stipulating to refer this matter to a magistrate judge for all purposes and

28

1  further advised that the parties could select the magistrate judge to whom the case would be

2  referred; and

3       WHEREAS, the parties are agreeable to the transfer of this matter to Magistrate Judge

4  Edward M. Chen for all purposes;

5       IT IS HEREBY STIPULATED that, with the Court's approval, this matter shall be

6  transferred to Magistrate Judge Edward M. Chen for all purposes.

7  FILER'S ATTESTATION:

8  Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of

9  perjury that the concurrence in the filing of this document has been obtained from its signatories.

10                                    By_____/s/_____
11                                                SONIA MARTIN

12  Dated: May 15, 2008              Respectfully submitted,

13                                    INSURANCE LITIGATORS & COUNSELORS

14

15

16                                    By_____/s/_____
17                                                JOSEPH JOHN TURRI

18                                    Attorneys for Plaintiff
                                      BRIAN MANNING

19  Dated: May 15, 2008              SONNENSCHEIN NATH & ROSENTHAL LLP

20

21                                    By_____/s/_____
22                                                SONIA MARTIN

23

24                                    Attorneys for Defendant
                                      ALLSTATE INSURANCE COMPANY

25  IT IS SO ORDERED.

26

27                                    _____
                                      Honorable Jeffrey S. White
28                                    U.S. District Court Judge

27298330