United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN MANNING,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, and DOES 1-30,

    Defendants.

No. C 08-00238 JSW

**ORDER OF REFERRAL**

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to Magistrate Judge Chen for all further proceedings.

**IT IS SO ORDERED.**

Dated: May 16, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Wings Hom