| Clerk's Use Only |
|---|
| Initial for fee pd.: |

William T. Treas/Nielsen Law Firm
3838 North Causeway Boulevard, Suite 2850
Metairie, LA 70005
P: (504) 837-2500; F: (504) 832-9165
Email: wtreas@nielsenlawfirm.com

MAY 15 PM 3:09

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

BRIAN MANNING

                Plaintiff(s),

    v.

ALLSTATE INSURANCE COMPANY,
AND DOES 1-30, INCLUSIVE

                Defendant(s).

CASE NO. CV08-0238 JSW EMC

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, William T. Treas, an active member in good standing of the bar of State of Louisiana, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Allstate Insurance Company in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Sonia Martin, Sonnenschein, Nath & Rosenthal, LLP, 2121 N. California Blvd.,
    Suite 800, Walnut Creek, CA 94596-7342; (925) 949-2600

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2008

*William T. Treas*