UNITED STATES  DISTRICT COURT

Northern District of California

BRIAN MANNING

CASE NO.  CV08-0238 ~~JSW~~  EMC

Plaintiff(s),

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

v.

ALLSTATE INSURANCE COMPANY,
AND DOES 1-30, INCLUSIVE

Defendant(s).

William T. Treas                                    , an active member in good standing of the bar of

Louisiana                                            whose business address and telephone number

(particular court to which applicant is admitted)

is

Nielsen Law Firm, 3838 North Causeway Boulevard, Suite 2850, Metairie, LA 70002; (504)
837-2500

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing  Allstate Insurance Company

        IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:      June 5, 2008

IT IS SO ORDERED

United St
Edward

Judge Edward M. Chen

*UNITED STATES DISTRICT COURT*
*For the Northern District of California*