**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** July 2, 2008

**Case No:** C08-0238 EMC          **FTR Time:**   1:54-2:00 p.m.

**Case Name:** Manning v. Allstate Insurance

    **Attorneys:**   Joseph Turri for Plaintiff
                         Sonia Martin and William Treas for Defendant

    **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

    CMC - Held

**ORDERED AFTER HEARING:**

Parties stipulated for court trial.  2-day court trial set for 8/3/09 at 8:30 a.m.  This case is referred to ADR for mediation within 90 to 120 days.  Court to issue other deadlines in the case management conference order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 11/19/08 at 2:30 p.m. for Further Status Conference.  An updated Status Conference Statement shall be filed on or before 11/12/2008.

cc: EMC / ADR