1  JOSEPH JOHN TURRI (State Bar No. 181994)
   INSURANCE LITIGATORS & COUNSELORS
2  445 North State Street
   Ukiah, CA  95482
3  Telephone:  (707) 462-6117
   Facsimile:  (707) 468-5302
4  Email:         insterminator@aol.com

5  Attorneys for Plaintiff
   BRIAN MANNING
6

7  WILLIAM TREAS (admitted *pro hac vice*)
   NIELSEN LAW FIRM
8  3838 North Causeway Blvd., Suite 2850
   Metairie, LA 70002
9  Telephone: (504) 837-2500
   Facsimile: (504) 832-9165
10 Email: wtreas@nielsenlawfirm.com

11

   MICHAEL BARNES (State Bar No. 121314)
12 SONIA MARTIN (State Bar No. 191148)
   NORMAN LAU (State Bar No. 253690)
13 SONNENSCHEIN NATH & ROSENTHAL LLP
   2121 North California Blvd., Suite 800
14 Walnut Creek, CA  94596-7342
   Telephone: (925) 949-2600
15 Facsimile:  (925) 949-2610
   Email:         mbarnes@sonnenschein.com
16                smartin@sonnenschein.com
                  nlau@sonnenschein.com
17
   Attorneys for Defendant
18 ALLSTATE INSURANCE COMPANY

19

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN MANNING, | No.  3:08-cv-00238-EMC |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER RE REMOVAL FROM EARLY NEUTRAL EVALUATION PROGRAM |
| ALLSTATE INSURANCE COMPANY, and DOES 1-30, Inclusive, | |
| Defendants. | |

1   The parties hereby stipulate and agree as follows, and respectfully request that the Court
2   approve and give effect to their stipulation:
3   WHEREAS, this case initially was assigned to the Honorable Jeffrey White, who
4   referred it to the Court's Early Neutral Evaluation Program based on the parties' stipulation;
5   WHEREAS, the case was reassigned to the Honorable Edward Chen, who referred it to
6   the Court's Mediation Program based on the parties' subsequent stipulation;
7   WHEREAS, the case is now assigned to both the Early Neutral Evaluation Program and
8   Mediation Program;
9   THE PARTIES HEREBY STIPULATE AND AGREE that the case shall be removed
10  from the Early Neutral Evaluation Program so that the parties can proceed solely through the
11  Mediation Program.

Dated: July 22, 2008                Respectfully submitted,

                                    INSURANCE LITIGATORS & COUNSELORS


                                    By_____/s/_____
                                              JOSEPH JOHN TURRI

                                    Attorneys for Plaintiff
                                    BRIAN MANNING

Dated: July 22, 2008                NIELSEN LAW FIRM



                                    By_____/s/_____
                                              WILLIAM TREAS

                                    Attorneys for Defendant
                                    ALLSTATE INSURANCE COMPANY

CASE NO. 3:08-cv-00238-EMC                    STIPULATION AND [PROPOSED] ORDER
                                              RE REMOVAL FROM ENE PROGRAM

| | |
|---|---|
| Dated: July 22, 2008 | SONNENSCHEIN NATH & ROSENTHAL LLP |

By _____/s/_____
SONIA MARTIN

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

27303640

_____
Honorable Edward M. Chen
U.S. District Court Judge