1  JOSEPH JOHN TURRI (State Bar No. 181994)
   INSURANCE LITIGATORS & COUNSELORS
2  445 North State Street
   Ukiah, CA  95482
3  Telephone:  (707) 462-6117
   Facsimile:  (707) 468-5302
4  Email:          insterminator@aol.com

5  Attorneys for Plaintiff
   BRIAN MANNING
6

7  WILLIAM TREAS (admitted *pro hac vice*)
   NIELSEN LAW FIRM
8  3838 North Causeway Blvd., Suite 2850
   Metairie, LA 70002
9  Telephone: (504) 837-2500
   Facsimile: (504) 832-9165
10 Email: wtreas@nielsenlawfirm.com

11

12 MICHAEL BARNES (State Bar No. 121314)
   SONIA MARTIN (State Bar No. 191148)
   NORMAN LAU (State Bar No. 253690)
13 SONNENSCHEIN NATH & ROSENTHAL LLP
   2121 North California Blvd., Suite 800
14 Walnut Creek, CA  94596-7342
   Telephone: (925) 949-2600
15 Facsimile:  (925) 949-2610
   Email:        mbarnes@sonnenschein.com
16                smartin@sonnenschein.com
                  nlau@sonnenschein.com
17
   Attorneys for Defendant
18 ALLSTATE INSURANCE COMPANY

19
20                      UNITED STATES DISTRICT COURT
21                     NORTHERN DISTRICT OF CALIFORNIA
22                           SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN MANNING, | No.  3:08-cv-00238-EMC |
| Plaintiff, | |
| vs. | STIPULATION AND [P~~ROPOSED~~] ~~O~~RDER RE REMOVAL FROM EARLY NEUTRAL EVALUATION PROGRAM |
| ALLSTATE INSURANCE COMPANY, and DOES 1-30, Inclusive, | |
| Defendants. | |

1  The parties hereby stipulate and agree as follows, and respectfully request that the Court
2  approve and give effect to their stipulation:
3  WHEREAS, this case initially was assigned to the Honorable Jeffrey White, who
4  referred it to the Court's Early Neutral Evaluation Program based on the parties' stipulation;
5  WHEREAS, the case was reassigned to the Honorable Edward Chen, who referred it to
6  the Court's Mediation Program based on the parties' subsequent stipulation;
7  WHEREAS, the case is now assigned to both the Early Neutral Evaluation Program and
8  Mediation Program;
9  THE PARTIES HEREBY STIPULATE AND AGREE that the case shall be removed
10 from the Early Neutral Evaluation Program so that the parties can proceed solely through the
11 Mediation Program.

Dated: July 22, 2008    Respectfully submitted,

INSURANCE LITIGATORS & COUNSELORS


By_____/s/_____
        JOSEPH JOHN TURRI

Attorneys for Plaintiff
BRIAN MANNING

Dated: July 22, 2008    NIELSEN LAW FIRM


By_____/s/_____
        WILLIAM TREAS

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

1  Dated: July 22, 2008                         SONNENSCHEIN NATH & ROSENTHAL LLP

4                                               By_____/s/_____
                                                          SONIA MARTIN

                                                Attorneys for Defendant
                                                ALLSTATE INSURANCE COMPANY

8  IT IS SO ORDERED.

10  Dated:  July 24, 2008

    27303640

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. 3:08-cv-00238-EMC                      STIPULATION AND [PROPOSED] ORDER
                                                RE REMOVAL FROM ENE PROGRAM