JOSEPH JOHN TURRI (State Bar No. 181994)
INSURANCE LITIGATORS & COUNSELORS
445 North State Street
Ukiah, CA 95482
Telephone: (707) 462-6117
Facsimile: (707) 468-5302
Email: insterminator@aol.com

Attorneys for Plaintiff
BRIAN MANNING

WILLIAM T. TREAS (admitted *pro hac vice*)
NIELSEN LAW FIRM, L.L.C.
3838 North Causeway Boulevard, Suite 2850
Metairie, LA 70002
Telephone: (504) 837-2500
Facsimile: (504) 832-9165
Email: wtreas@nielsenlawfirm.com

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
NORMAN LAU (State Bar No. 253690)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 North California Blvd., Suite 800
Walnut Creek, CA 94596-7342
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email:    mbarnes@sonnenschein.com
          smartin@sonnenschein.com
          nlau@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN MANNING, | No. 3:08-cv-00238-JSW |
| Plaintiff, | |
| vs. | RULE 41(a)(1) STIPULATION TO DISMISS WITH PREJUDICE ; ORDER |
| ALLSTATE INSURANCE COMPANY, and Does 1-30, Inclusive, | |
| Defendants. | |

NOW INTO COURT, comes Plaintiff, Brian Manning, through undersigned counsel, and Defendant, Allstate Insurance Company ("Allstate) , in its capacity as a Write Your Own ("WYO") Carrier and issuer of Plaintiff's Standard Flood Insurance Policy, and moves to dismiss, pursuant to F.R.C.P., Rule 41, the Plaintiff's claims asserted in his original Complaint against Allstate in its capacity as a WYO program carrier under the National Flood Insurance Program and as issuer of Plaintiff's Standard Flood Insurance Policy bearing number 1802823235 for the following reasons:

1.

Plaintiff's claims against Allstate have been resolved since the filing of the lawsuit.

2.

Plaintiff desires and is entitled to have his claims asserted in the original Complaint against Allstate dismissed with prejudice with each party to bear its own costs.

3.

Counsel for the Plaintiff and Allstate have conferred and consent to the filing of this stipulation of dismissal.

4.

WHEREFORE, Plaintiff prays that all claims against Allstate Insurance Company asserted by Plaintiff under the Standard Flood Insurance Policy issued by Allstate in its capacity as a WYO carrier be dismissed with prejudice, each party bearing its own costs.

Dated: November 13, 2008

Respectfully submitted,
SONNENSCHEIN NATH & ROSENTHAL LLP

By _____/s/_____
   SONIA MARTIN

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

Dated: November 13, 2008

Respectfully submitted,
INSURANCE LITIGATORS & COUNSELORS

By _____/s/_____
JOSEPH JOHN TURRI

Attorneys for Plaintiff
BRIAN MANNING

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge



CASE NO. 3:08-cv-00238-JSW -3- RULE 41(a)(1) STIPULATION OF DISMISSAL